United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In the Matter of:

Celina D. Carson  　　　　　　　　　Case No. 11-41480
　　　　　　　　　　　　　　　　　　Chapter: 7
　　　　　　　　　　　　　　　　　　Hon. Walter Shapero

　　　Debtors.
_____/

### Order Denying Objection of Vernon C. Taylor to Court's Opinion of June 1, 2011 Order Incident Thereto of June 7, 2011

The Court having issued its Opinion Granting United States Trustee's Motion for an Order Regarding Debtor's Bankruptcy Petition Preparer to Make Payments to the Debtor, the Court and United States Trustee, and an order incident thereto; Vernon C. Taylor, who was the subject of said Opinion and Order, having filed and Objection to said Opinion and Order; the Court treating said objection as a Motion for Reconsideration under LBR 9024-1(a); the Court having concluded that such neither demonstrates a palpable defect by which the Court and the parties have been misled, nor shows that a different disposition of the matter must result from a correction;

Now therefore said objection (treated as a Motion for Reconsideration) is denied.

**Signed on June 24, 2011**

　　　　　　　　　　　　　　　　　　　　　**　　/s/ Walter Shapero　　**
　　　　　　　　　　　　　　　　　　　　　**Walter Shapero**
　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**